# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D20-3150

———————————————

TARVIS WILSON,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 22, 2021

PER CURIAM.

The Court grants Appellee's motion to dismiss, filed July 14, 2021. This appeal is hereby dismissed as moot.

RAY, JAY, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Tarvis Wilson, pro se, Appellant.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellee.